IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEPONTAE LITTLE, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO.: |
| | : 5:12-CV-195-MTT-MSH |
| Warden DOUG UNDERWOOD, *et. al* | : |
| Defendants. | : |

## ORDER OF DISMISSAL

Plaintiff Lepontae Little, a prisoner at Baldwin State Prison in Hardwick, Georgia, has filed this *pro se* 42 U.S.C. § 1983 civil rights action. He also seeks leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. ▪ 1915(a).

In an Order dated June 4, 2012 (ECF No. 5), the United States Magistrate Judge granted Plaintiff's Motion to Proceed *in forma paupers* but ordered Plaintiff to pay an initial partial filing fee in the amount of $ 14.00. Plaintiff was given twenty-one days from the date of that Order to comply. When Plaintiff failed to respond, the Magistrate Judge entered another order, dated June 29, 2012 (ECF No. 6), requiring Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to pay the partial filing fee as directed in the June 4, 2012, Order. At that time, Plaintiff was warned that failure to respond to the Order would result in the immediate dismissal of this action.

The time for responding to the Magistrate Judge's Order to Show Cause has now passed. Plaintiff has still not paid his filing fee and has not otherwise responded to the Order. For this reason and because of Plaintiff's repeated failure to comply with the

Court's instructions, Plaintiff's Complaint is hereby **DISMISSED** without prejudice.

        **SO ORDERED**, this 3rd day of August, 2012.

                                      S/ Marc T. Treadwell
                                      MARC T. TREADWELL, JUDGE
                                      UNITED STATES DISTRICT COURT

jlr